IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

RICKY HENSON, et al.,

           Plaintiffs,

v.

SANTANDER CONSUMER USA INC., et. al.,

           Defendants.

Civil Action No.: RDB-12-3519

## ORDER GRANTING MOTION FOR LEAVE FOR WITHDRAWAL OF COUNSEL

This Cause having come before the Court on Defendants', Santander Consumer USA, Inc., NCB Management Services, Inc., and Commercial Recovery Systems, Inc. (hereafter "Defendants"), Motion for Leave for Withdrawal of Counsel (the "Motion"), the Court, having reviewed the Motion, and being otherwise duly advised, hereby

**ORDERS and ADJUDGES as follows:**

1. The Motion is **GRANTED**.

2. Brent R. Gary, Travis A. Sabalewski, and Reed Smith LLP are hereby removed as counsel of record for the Defendants. The Clerk is directed to remove these parties from the distribution of further notices in this matter.

DONE AND ORDERED in Chambers, this 26th day of March, 2018.

_____
Hon. Richard D. Bennett
UNITED STATES DISTRICT JUDGE