IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| RICKY HENSON<br>IAN MATTHEW GLOVER<br>KAREN PACOULOUTE<br>F/K/A KAREN WELCOME KUTEYI<br>PAULETTE HOUSE<br><br>*on her own behalf and on behalf of*<br>*all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.<br>NCB MANAGEMENT SERVICES, INC.<br>COMMERCIAL RECOVERY SYSTEMS, INC.<br><br>Defendants. | Case No. 1:12-cv-3519-RDB |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Karen Pacouloute f/k/a Karen Welcome Kuteyi and Defendant Commercial Recovery Systems, Inc. hereby stipulate that the above-captioned action is dismissed with prejudice with respect to all claims raised against Defendant Commercial Recovery Systems, Inc.

                                                        Respectfully submitted,

                                                        Z LAW, LLC

Dated: August 16, 2018              By:      /s/   28191
                                                       Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                                       2345 York Road, Suite B-13
                                                       Timonium, Maryland 21093
                                                       (443) 213-1977
                                                       clz@zlawmaryland.com

                                                       **Attorney for Plaintiff**

        MCGUIREWOODS LLP

                /s/     (with permission)
Melissa O. Martinez (Fed. Bar No. 28975)
500 E. Pratt Street
Suite 1000
Baltimore, MD 21202-3169
(410) 659-4432 (t)
(410) 659-4482 (f)
mmartinez@mcguirewoods.com

**Attorneys for Defendant**