IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| RICKY HENSON<br>IAN MATTHEW GLOVER<br>KAREN PACOULOUTE<br>F/K/A KAREN WELCOME KUTEYI<br>PAULETTE HOUSE<br><br>*on their own behalf and on behalf of*<br>*all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.<br>NCB MANAGEMENT SERVICES, INC.<br>COMMERCIAL RECOVERY SYSTEMS, INC.<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:12-cv-3519-RDB |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Ricky Henson and Ian Matthew Glover[1] in the above named case, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order of the District Court for the District of Maryland entered in this action on May 6, 2014 granting Defendant NCB Management Services, Inc. and Commercial Recovery Systems, Inc.'s[2] Motion to Dismiss (ECF #24 and 25). The District Court entered final judgment against Defendant Santander Consumer USA Inc. under Fed. R. Civ. P. 54(b) by separate Memorandum Opinion and Order on February 3, 2015 (ECF #33 and 34) and Defendant Commercial Recovery

---

[1] Plaintiffs Karen Pacouloute f/k/a Karen Welcome Kuteyi and Paulette House do not join in the appeal.
[2] Defendants Santander Consumer USA Inc. and Commercial Recovery Systems, Inc. are not parties to this appeal.

Systems, Inc. was dismissed from this action on August 17, 2018 (ECF #52) making the judgment with respect to Defendant NCB Management Services, Inc. a final judgment.

                                            Respectfully submitted,

                                            Z LAW, LLC

Dated: September 14, 2018          By:           /s/     28191
                                                Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                                2345 York Road, Suite B-13
                                                Timonium, Maryland 21093
                                                (443) 213-1977
                                                clz@zlawmaryland.com

                                                **Attorney for Plaintiffs**